

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC,**
Appellant

v.

Ronnie **NUNN,** individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Appellant timely requested preparation of a reporter's record and a one volume reporter's record was filed in this court. The reporter's record is materially incomplete. The reporter's record lists the exhibits admitted at trial, but the exhibit volume is missing. The missing exhibits are necessary to the resolution of the issues raised on appeal. *See* TEX. R. APP. P. 34.6(f)(1)-(3). Although the parties have attached copies of documents to their briefs, the attachment of copies as appendices does not cure the defect in the appellate record. Inquiries have been made by the deputy court clerk and neither the trial court, the trial court clerk, nor the court reporter have the original exhibits which were admitted at trial.

Accordingly, we ABATE this case to the trial court and ORDER it to hold a hearing *within fourteen (14) days* from the date of this order to determine whether the missing exhibits can be replaced by (i) agreement of the parties, or if not, (ii) with copies determined by the trial court to accurately duplicate with reasonable certainty the original exhibits, or (iii) the missing exhibits cannot be replaced. *See* TEX. R. APP. P. 34.6(f)(4). We further ORDER the trial court to make verbal findings of fact and conclusions of law on the record with regard to replacement of the missing exhibits.

We further ORDER the court reporter to prepare a supplemental reporter's record of the hearing, to include the trial court's verbal findings of fact and conclusions of law and any documents submitted and accepted by the trial court in replacement of the missing exhibits, and to file the supplemental reporter's record (with the exhibits) in this court *within seven (7) days* after the date of the trial court hearing.

We further WITHDRAW the submission date of this appeal. This appeal will be re-submitted on briefs before the same panel consisting of Justice Chapa, Justice Watkins, and Justice Rodriguez after the filing of the supplemental reporter's record.

It is so **ORDERED** on this 22nd day of March, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court